**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-cv-81035-BLOOM/Valle**

LIONAL DALTON,

Plaintiff,

v.

C & T BREAKFAST & LUNCH L.L.C.
d/b/a EAST OCEAN CAFE,
Defendant.
_________________________________/

**ORDER**

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. On September 28, 2016, the Court entered an order establishing certain scheduling deadlines and requiring that the parties file a mediation report within seven days of mediation. ECF No. [34] (the "Scheduling Order"). In compliance with that order, the parties provided notice of the date and time selected for mediation, as follows: January 17, 2017 at 11:30 a.m. ECF No. [45]. The Court directed the parties to file a mediation report within seven (7) days following the mediation conference or no later than January 24, 2017. ECF No. [49]. The parties failed to comply and the Court entered a second order, ECF No. [52], requiring the parties to file a mediation report on or before January 27, 2017—the final mediation deadline, ECF No. [34]. The time for compliance has once again passed and, to date, no mediation report detailing the outcome of the mediation conference has been received by the Court, nor has the Court received a notice that the mediation conference was cancelled. The parties have failed to comply with two orders of this Court. Accordingly, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is instructed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 30th day of January, 2017.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record